2009-29161
FILED
October 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002127841

2 Pages

Gregory C. Nuti (151754)
E-Mail: gnuti@schnader.com
Kevin W. Coleman (168538)
E-Mail: kcoleman@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Bradley Sharp,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

**SK FOODS, L.P., a California limited partnership, et al.,**

    Debtors.

In re :

RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co.,

    Debtor.

Case No. 09-29162-D-11

Chapter 11

DC No: SH-14

Case No. 09-29161-D-11

Chapter 11

DC No.: SH-14

**ORDER GRANTING MOTION FOR APPROVAL OF EMPLOYEE INCENTIVE PLAN, CONSULTING AGREEMENTS, EMPLOYMENT AGREEMENT AND RELATED PAYMENTS PURSUANT TO 11 U.S.C. §363**

Date:     September 2, 2009
Time:     10:00 am
Judge:    Hon. Robert. S. Bardwil
Location:   501 I Street, Dept. 54
       Sacramento, CA

   The Chapter 11 Trustee's Motion for Approval of Employee Incentive Plan, Consulting Agreements, Employment Agreement and Related Payments Pursuant to 11 U.S.C. § 363 ("Motion") came duly on for hearing at the above noted date and time. Kevin W. Coleman of Schnader Harrison Segal & Lewis LLP appeared on behalf of the Trustee. Other appearances

RECEIVED
October 01, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002127841

are as noted on the record. Upon due consideration of the Motion, the supporting declaration of Bradley D. Sharp, and the arguments of counsel at the hearing, the Court finds that notice of the Motion is appropriate under LBR 9014-1(f)(2), and for good cause appearing

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Incentive Plan, the Consulting Agreements, and the Employment Agreement (as those terms are respectively defined in the Motion) are approved.

3. The Trustee is authorized to make the payments to the counter-parties subject to and in accordance with the terms and conditions of the Incentive Plan, the Consulting Agreements, and the Employment Agreement.

4. The payments made by the Trustee to the counter-parties under the Incentive Plan, the Consulting Agreements, and the Employment Agreement constitute payments made under a Key Employee Incentive Plan ("KEIP").

5. The Trustee shall provide Chase Equipment Finance, Inc. with an accounting of the expenses referred to in Paragraph 3 of that certain Agreement re Purchase of Equipment and Allocation of Proceeds of Sale dated as of June 19, 2009, promptly after those expenses have been fixed.

Dated: October 03, 2009

*signature*
Robert S. Bardwil, Judge
United States Bankruptcy Court

By: /s/ Brent C. Gardner
    Brent C. Gardner
    Attorneys for Chase Equipment Finance, Inc.

CHAPMAN & CUTLER LLP

By: /s/ James E. Spiotto
    James E. Spiotto
    Attorneys for Bank of Montreal

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785